IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02146-GPG

JARROD WILLIAM FREY,

    Applicant,

v.

RICK RAEMISCH, Executive Director for Colorado Department of Corrections, and CYNTHIA COFFMAN, Attorney General for Colorado,

    Respondents.

## ORDER OF DISMISSAL

    Applicant, Jarrod William Frey, is a prisoner in the custody of the Colorado Department of Corrections. Mr. Frey submitted to the Court *pro se* "A Petition for a Writ of Habeas Corpus for Release from Custody Pursuant to 28 U.S.C. § 2241" (ECF No. 1) asking this Court to release him on supervised parole. This action was commenced and, on September 30, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Frey to cure certain deficiencies if he wishes to pursue his claims. Specifically, Magistrate Judge Gallagher directed Mr. Frey to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form and either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action along with a certified copy of his inmate trust fund account statement showing the current balance in his account. Mr. Frey was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Frey has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's September 30 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Frey failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 13th day of November, 2015.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court